UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:19-cv-01452-VMC-CPT

WANDA KOEHN,

    Plaintiff,

v.

BOJANGLES' INTERNATIONAL, LLC,      **UNOPPOSED**

    Defendant.

_____/

## **DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE CLERK'S DEFAULT**

Defendant, Bojangles' International, LLC, having conferred with Plaintiff's counsel, moves this Court to set aside the Clerk's Default. In support of this Unopposed Motion, Defendant respectfully submits the following:

1. According to the Return of Service [D.E. 9], Defendant was served with Plaintiff's Complaint on June 19, 2019, thereby making Defendant's response to the Complaint due by July 10, 2019.

2. Defendant promptly retained counsel.

3. Due to a clerical error, the deadline to respond to the Complaint was not properly calendared.

4. On July 15, 2019, Plaintiff sought entry of a default judgment against Defendant. [D.E. 11].

5. On July 16, 2019, the Clerk entered a default against Defendant pursuant to Fed. R. Civ. P. 55(a) [D.E. 12].

6.     On July 17, 2019, Defendant and its counsel became aware of the entry of default, and communicated with Plaintiff's counsel regarding this matter and were advised that Plaintiff does not oppose a motion to set aside the Clerk's default.

7.     Defendant now moves, unopposed, for an order setting aside the Clerk's Default.

## MEMORANDUM OF LAW

A clerk's default may be set aside for good cause. Fed. R. Civ. P. 55(c). Good cause can be established by considering a variety of factors, including, but not limited to, the failure to file a response was not culpable or willful, setting aside the default would not result in prejudice to the opposing party, and the defaulting party has promptly worked to vacate the default. Compania Interamericana Exp.-Imp., S.A. v. Compania Dominicana de Aviacion, 88 F.3d 948, 951 (11th Cir. 1996).  Courts have a liberal policy of vacating defaults in order to decide cases on the merits. Florida Physician's Ins. Co. v. Ehlers, 8 F.3d 780, 783 (11th Cir. 1993).

In the present case, the failure to respond was neither culpable nor willful, but due to a clerical error.  Setting aside the default will not result in prejudice to the opposing party, as Plaintiff has assented to the filing of this motion. Lastly, Defendant, with this motion, is acting promptly, and presenting meritorious defenses. Attached as Exhibit A is Defendant's proposed Answer and Affirmative Defenses.

Wherefore, Defendant Bojangles' respectfully requests that this Court grant this Motion and set aside the default entered by the Clerk in this cause.

## CERTIFICATE OF COMPLIANCE WITH M.D. FLA. L.R. 3.01

Counsel for Defendant has conferred with Plaintiff's counsel, who agrees to the relief sought in this motion.

Dated: July 17, 2019

    Respectfully submitted,

*/s/ Paul J. De Boe*
Paul J. De Boe, Esq.
Florida Bar No.: 52051
 paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 S. Dadeland Boulevard
Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant,*
*Bojangles' International LLC*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             */s/ Paul De Boe*
             Paul J. De Boe

## **SERVICE LIST**

*Wanda Koehn v. Bojangles' International, LLC*
*United States District Court, Middle District of Florida*
*8:19-cv-01452-VMC-CPT*

        Roderick V. Hannah
        rhannah@rhannahlaw.com
        RODERICK V. HANNAH, ESQ., P.A.
        8751 W. Broward Blvd.
        Suite 303
        Plantation, FL 33324
        Telephone: 954.362.3800
        Facsimile: 954.362.3779

        *Counsel for Plaintiff, Wanda Koehn*

        Pelayo M. Duran
        duranandassociates@gmail.com
        LAW OFFICE OF PELAYO DURAN, P.A.
        4640 N.W. 7th Street
        Miami, FL 33126
        Telephone: 305.266.9780
        Facsimile: 305.269.8311

        *Co-Counsel for Plaintiff, Wanda Koehn*

        Method of Service: CM/ECF


        Paul J. De Boe
        paul.deboe@ogletreedeakins.com
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        9130 S. Dadeland Boulevard
        Suite 1625
        Miami, FL 33156
        Telephone:  305.374.0506
        Facsimile:  305.374.0456

        *Counsel for Defendant,*
        *Bojangles' International, LLC*